## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TOMMY G. DUNCAN,** )<br>        )<br>      **Plaintiff,** )<br>        )<br>**vs.** )<br>        )<br>**JO ANNE B. BARNHART, Commissioner of** )<br>**Social Security,** )<br>        )<br>      **Defendant.** ) | **CIVIL NO.  05-460-GPM** |

## ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on the stipulation to remand this action to the Commissioner of Social Security pursuant to sentence 4 of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  Pursuant to sentence 4 of § 405(g) and the stipulation of the parties filed April 26, 2006 (Doc. 21), the decision of the Commissioner is **REVERSED**, and the action is **REMANDED** to the Commissioner for a new hearing and a new decision.

    **IT IS SO ORDERED.**

    DATED:  05/03/06

                            s/ G. Patrick Murphy
                            G. PATRICK MURPHY
                            Chief United States District Judge