### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOMMY G. DUNCAN,                     ) | |
|                          ) | |
|         **Plaintiff,**             ) | |
|                          ) | |
| vs.                        ) | CIVIL NO.  05-460-GPM |
|                          ) | |
| JO ANNE B. BARNHART, Commissioner of  ) | |
| Social Security,              ) | |
|                          ) | |
|         **Defendant.**          ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on the Joint Stipulation to Remand to the Commissioner (Doc. 21) filed by the parties.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order filed May 3, 2006, and Federal Rule of Civil Procedure 41(a)(1)(ii), the decision of the Commissioner of Social Security is **REVERSED**, and the action is **REMANDED** to the Commissioner for a new hearing and a new decision.

        **DATED**:  05/03/06

                                             NORBERT G. JAWORSKI, CLERK

                                             By:  s/ Linda M. Cook
                                                Deputy Clerk

APPROVED: s/ G. Patrick Murphy
               G. PATRICK MURPHY
               CHIEF U.S. DISTRICT JUDGE